IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLE M. HUGHES,<br><br>Defendant. | Case No. 5:23-PO-00040-CDB<br><br>[~~PROPOSED~~] **ORDER APPOINTING COUNSEL**<br><br>18 U.S.C. § 3006A(c) |

Upon the Federal Defender's *Motion to Appoint Counsel* for Defendant Nicole M. Hughes, and good cause appearing both in (a) Ms. Hughes's inability to afford to hire counsel and (b) this being a situation for which appointment should be made pursuant to U.S. CONST., amend VI, 18 U.S.C. § 3006A, EDCA General Order 582 (Criminal Justice Act [CJA] Plan), and *Guide to Judiciary Policy*, Vol.7, Part A, Chap.2. § 210.20 subsections,

IT IS HEREBY ORDERED appointing the Federal Defender, case assigned to Assistant Federal Defender Laura Myers, as counsel for Ms. Hughes in this matter.

IT IS SO ORDERED.

Dated:   **February 28, 2023**                        _____
                                                                                UNITED STATES MAGISTRATE JUDGE

*United States v. Nicole M. Hughes*          1          *[Proposed]* Order Appointing Counsel