1 HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
2 LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
3 Office of the Federal Defender
2300 Tulare Street, Suite 330
4 Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 Fax: (559) 487-5950

6 Attorneys for Defendant
NICOLE M. HUGHES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-po-00040-CDB |
|---|---|
| Plaintiff, | MOTION FOR ORDER AUTHORIZING VIDEO APPEARANCE; [PROPOSED] ORDER |
| vs. | Date:  March 7, 2023 |
| NICOLE M. HUGHES, | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Christopher D. Baker |

Defendant Nicole M. Hughes hereby moves this Court for an order authorizing her to appear via video at the March 7, 2023 initial appearance.

On November 30, 2022, Ms. Hughes received two citations: (1) possession of a controlled substance (marijuana), in violation of 21 U.S.C. § 844, and (2) trespassing on government property, in violation of 18 U.S.C. § 1382. The Central Violations Bureau noticed the citations for an initial appearance on March 7, 2023. Ms. Hughes contacted the Office of the Federal Defender and advised that she is living in Las Vegas and does not have the financial means to travel to Bakersfield for her court appearance.

The defense now moves this Court for an order authorizing Ms. Hughes to appear via video at the March 7, 2023 hearing. Ms. Hughes does not own a vehicle and does not otherwise have the financial means to travel to Bakersfield.

//

In light of the foregoing, the defense respectfully requests that the Court authorize Ms. Hughes to appear via Zoom on March 7, 2023.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 1, 2023

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
NICOLE M. HUGHES

**O R D E R**

**IT IS SO ORDERED.** Defendant Nicole M. Hughes is authorized to appear via video at the March 7, 2023 hearing.

IT IS SO ORDERED.

Dated:   **March 3, 2023**

_____
UNITED STATES MAGISTRATE JUDGE