PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-po-00040-CDB |
| Plaintiff, | [Citation #E1389329, CA/3F] |
| v. | |
| NICOLE M. HUGHES, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss [Citation #E1389329, CA/3F] in Case No. 5:23-po-00040-CDB against NICOLE M. HUGHES, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 3, 2023

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Chan Hee Chu*
CHAN HEE CHU
Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that [Citation #E1389329, CA/3F] in Case No. 5:23-po-00040-CDB against NICOLE M. HUGHES be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **March 3, 2023**                    _____
                                                UNITED STATES MAGISTRATE JUDGE