PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICOLE M. HUGHES,<br><br>Defendant. | Case No. 5:23-po-00040-CDB<br><br>[Citation #E1389330, CA/3F]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss [Citation #E1389330, CA/3F] in Case No. 5:23-po-00040-CDB against NICOLE M. HUGHES, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 25, 2023                                         Respectfully submitted,

                                                                              PHILLIP A. TALBERT
                                                                              United States Attorney

                                                                        By:   /s/ *Chan Hee Chu*
                                                                              CHAN HEE CHU
                                                                              Special Assistant United States Attorney

USA v. Hughes
Case No. 5:23-po-00040-CDB

**O R D E R**

IT IS HEREBY ORDERED on motion of the United States of America filed pursuant to Rule 48(a), Fed. R. Crim. P. (Doc. 15), that [Citation #E1389330, CA/3F] in Case No. 5:23-po-00040-CDB against NICOLE M. HUGHES be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **April 25, 2023**                                           _____
                                                                                           UNITED STATES MAGISTRATE JUDGE